# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RUBY LEVI and EMILY CHICOINE          :
On behalf of themselves and           :
All others similarly situated,        :
          Plaintiffs,             :
  vs.                                 : C.A. No.:
                           : 1:15-cv-216S-PAS
GULLIVER'S TAVERN,                     :
INCORPORATED and SOLID GOLD           :
PROPERTIES, INC., both d/b/a          :
THE FOXY LADY,                        :
          Defendants.             :


DEPOSITION OF **LORI SAVICKAS**, a witness

herein, taken on behalf of the Plaintiffs on

Wednesday, January 25, 2017, 10:01 a.m., at

Bianchi & Brouillard, P.C., 56 Pine Street,

Providence, Rhode Island, before Patricia Bracken,

a Certified Shorthand Reporter and appointed

Commissioner for the State of Rhode Island.


Vivian S. Dafoulas & Associates
50 Fieldstone Drive
East Greenwich, RI   02818-2064
(401) 885-0992

1              MR. CALIFANO:  And on a rare occasion, I

2      might want to object between his question and your

3      answer.

4              THE WITNESS:  Sure.

5              MR. CALIFANO:  Thank you.

6      Q.   And you mentioned you work at the club?

7      A.   Yes.

8      Q.   And what club are you referring to?

9      A.   Foxy Lady nightclub.

10     Q.   Okay.  Is that the Foxy Lady located at

11     318 Chalkstone Ave. in Providence?

12     A.   Yes.

13     Q.   And what position do you -- are you

14     employed in there?

15             MR. CALIFANO:  Object to the form.  You

16     can answer if you understand.

17     A.   I'm an employee.

18     Q.   What title do you have?

19     A.   I don't know if I actually have a title,

20     but I help out in any areas they need somebody to

21     help out.

22     Q.   Okay.  How long have you worked at the

23     Foxy Lady?

24     A.   On and off for the last 25-plus years.

25     Q.   Okay.  And just for clarity on the

1    department at the time.

2         Q.    Okay.   So first, what do you mean by

3    "entertainment department"?

4         A.    The entertainment department, that's the

5    entertainers that work for us or, you know, work

6    at the club.

7         Q.    Okay.   And the understanding is that you

8    were referring to the exotic dancers?

9         A.    Yes.

10         Q.    And what sort of responsibilities did

11    you have with respect to the entertainment

12    department?

13         A.    Well, we had an entertainment manager,

14    and I would help her hire entertainers basically.

15         Q.    Okay.   And this was about ten years ago?

16         A.    I would say about ten years ago, yes.

17         Q.    Who was the entertainment manager at

18    that time?

19         A.    I believe it was Carol Moran.

20         Q.    Is Carol Moran still working at the Foxy

21    Lady?

22         A.    No, she's not.

23         Q.    When did she stop working at the Foxy

24    Lady?

25         A.    I believe it was a couple of years ago

1          A.    The entertainers.

2          Q.    Okay.  So the entertainers can shower in

3    view of the guests?

4          A.    Usually with a customer.

5          Q.    I see.  Okay.  So that's something a

6    customer would have to arrange for?

7          A.    Yes.

8          Q.    Do you see the box in the sort of

9    right-hand side that says "massage room"?

10         A.    Yes.

11         Q.    Is there actually a massage room at the

12   Foxy Lady?

13         A.    Yes.

14         Q.    And who are the individuals who work in

15   the massage room?

16         A.    Our employees.

17         Q.    Okay.  So does the Foxy Lady employ

18   massage therapists or masseuses who work there?

19         A.    Yes.

20         Q.    Are those individuals also entertainers

21   or dancers at the Foxy Lady?

22         A.    No.

23         Q.    Okay.  The two VIP areas that are

24   designated here, are they separated from the main

25   floor in some way?

45

1    Q.   And are they employees of the club?

2    A.   Yes.

3    Q.   You also mentioned that -- earlier, I

4  mentioned a position called house mom.

5    A.   Yes.

6    Q.   Have you, yourself, ever worked as a

7  house mom at the Foxy Lady?

8    A.   On and off.

9    Q.   Could you describe for me what the house

10  mom position is?

11    A.   The house mom position is basically

12  someone who oversees the dressing room.  She is

13  the one who helps the entertainers, supplies the

14  dressing room with toiletries, snacks, and helps

15  the entertainers if they have a button that needs

16  to be sewed on.  If an entertainer wants to talk

17  to her about private matters, she's just in the

18  dressing room to make sure that chaos doesn't

19  break out.

20    Q.   And how many house moms does Foxy Lady

21  currently have?

22    A.   Four -- no.  Five.  I'm sorry.  Five.

23    Q.   And has that number been roughly

24  consistent over the past three or four years?

25    A.   Yes.

```
 1    have there been signs like that posted within the

 2    club?

 3         A.   Yes.  You know, not big signs.  Just a

 4    little piece of paper like this saying, you know,

 5    we're looking for you or something that would grab

 6    somebody's eye if they were looking to be an

 7    entertainer or an employee.

 8         Q.   Got it.  Are there certain days of the

 9    week that management will conduct auditions, or

10    will they do an audition at any time?

11         A.   Any time.

12         Q.   And so what does the audition consist

13    of?

14         A.   For the entertainers, it's putting on an

15    outfit and then just getting on the stage and

16    dancing around a little bit.  And then they remove

17    their top, and at that point, you know, they make

18    the decision if they're hireable or not.

19         Q.   Okay.  These auditions, how many people

20    will usually observe the audition, the

21    performance?

22         A.   Probably two.

23         Q.   Do you personally participate in them?

24         A.   Sometimes if I'm available.

25         Q.   And a house mom?
```

```
 1          A.    House mom, managers.
 2          Q.    So is it safe to say that the
 3     performance is always done for both a house mom
 4     and a manager?
 5          A.    I would say so.
 6          Q.    Is there any sort of like a
 7     question-answer interview session with the
 8     entertainer at any point?
 9               MR. CALIFANO:   Object to the form.   You
10     can answer.
11          A.    Sometimes we'll ask them their age, if
12     they've been an entertainer anywhere else, and how
13     long they've been an entertainer for.
14          Q.    Okay.   Do you -- strike that.
15               Are there specific qualities to the
16     performance that an entertainer does during an
17     audition that you look for, that you personally
18     look for in evaluating whether to take the
19     entertainer on?
20          A.    Well, naturally you want a girl who is
21     pretty, somewhat thin, hopefully not on drugs.
22     You know, that all comes into play.   We hire --
23     well, we bring in entertainers that range -- we
24     try to keep it where we don't have too many
25     underage girls.   And when I say "underage," under
```

1   entertainers who are between the ages of 18 and

2   21?

3        A.   Well, preferably 18 or 19.

4        Q.   Okay.  But just so that I'm clear, your

5   preference is for entertainers who are over the

6   age of 21?

7        A.   No.  Our preference is for a girl that

8   we feel -- an entertainer that we feel is going to

9   be able to be a good entertainer, make money when

10  she comes into the club, and not be a nuisance to

11  us.  And we have found over the years that when

12  you have underage girls that aren't allowed to

13  drink and they're in an atmosphere that liquor is

14  being served, that it's not always the best recipe

15  for success.

16       Q.   Okay.  And so for that reason, you try

17  to minimize the under 21 and over 18 entertainers?

18       A.   Right.  But we do have under 21 girls,

19  you know, aged girls right now at the club

20  working.

21       Q.   Sure.  I believe you also said that you

22  prefer -- or strike that -- that you --

23            I believe you also said that during an

24  audition, you look for entertainers who were able

25  to talk to the guests, talk to customers?

```
1           A.    Yes.

2           Q.    And how do you evaluate that during an

3     audition?

4           A.    As soon as they open up their mouth.

5           Q.    So do you ask them any sort of specific

6     questions to engage their communication skills?

7           A.    When a girl tells me she wants to be a

8     stripper, I know that she's not suited for our

9     club because we have entertainers and not

10    strippers.

11          Q.    Okay.  And in your mind, what is the

12    difference between a stripper and an entertainer?

13          A.    An entertainer is someone who knows how

14    to entertain the clientele.  A stripper is someone

15    who just wants to make money any way she can.

16          Q.    Okay.  Have you ever had a woman come in

17    to audition and say she wants to be an exotic

18    dancer?

19          A.    No.

20          Q.    Aside from the terms "entertainer" and

21    "stripper," are there any other terms that

22    prospective entertainers have said they'd like to

23    be described in that position during their

24    audition?

25          A.    No.
```

1        Q.   Who -- strike that.

2               At what point in an audition, or after

3    an audition I guess, is the decision made to

4    actually offer the opportunity to work at the Foxy

5    Lady to be a prospective entertainer?

6        A.   It could be right on the spot.

7        Q.   How often does that happen?

8        A.   If she fits the criteria, all the time.

9    If she doesn't fit the criteria, then we kindly

10   tell them that the management has to look at the

11   tape, and then we'll be back in touch to let them

12   know if we decide to bring them in as an

13   entertainer.

14       Q.   Okay.  What is the tape that you just

15   referred to?

16       A.   There is no tape.

17       Q.   Oh, okay.  So it's your way of --

18       A.   Kindly not insulting them.

19       Q.   Okay.  So it is to essentially say that

20   they've been recorded, and you're going to review

21   the tape and get back to them?

22       A.   Right.

23       Q.   I see.  Do you ever genuinely need to

24   think about it for a day or so and then get back

25   to someone, or do you usually make a decision on

1    the spot?

2         A.   Sometimes.   Sometimes.

3         Q.   Sometimes you'll need time to think

4    about it?

5         A.   (Witness nodded.)

6         Q.   And can you give me an example of an

7    occasion when that happened?

8         A.    No.  You really don't want to lose a

9    good entertainer when they come in because if we

10   say no to them, they're only going to go to the

11   next club down the street.  So if we feel they're

12   a good fit for our establishment, at that point,

13   we'll let them -- they can usually start that day

14   if they're interested.  If not, we'll say whenever

15   you want to come in and start working, that's fine

16   with us.

17        Q.   Based on your experience doing this

18   work, what qualities would you say go into a

19   really good entertainer, someone that the Foxy

20   Lady would want to offer work to?

21             MR. CALIFANO:  Objection.  Asked and

22   answered.  You can answer it again.

23        A.   Someone who is good looking, someone who

24   is well kept, someone who has the -- I don't know

25   if you want to say the right mold or body, and

71

1       someone that shows that they're an entertainer and

2       not a stripper.

3             Q.    So good communication skills?

4             A.    Yes.

5             Q.    All the criteria you previously had

6       listed?

7             A.    (Witness nodded.)

8             Q.    Is that a yes?

9             A.    Yes.

10            Q.    Do you ask for any references from

11      prospective entertainers when they come in to

12      audition?

13            A.    No.

14            Q.    Do you ask to see any sort of a resume?

15            A.    No.

16            Q.    Do you have them fill out any sort of an

17      application?

18            A.    No.

19            Q.    When was the last time that you

20      personally auditioned an entertainer?

21            A.    Monday.

22            Q.    And how did that individual get in touch

23      with you?

24            A.    I believe they reached out to somebody

25      from the website, and then they told them to come

1     way they make money is from the customers?

2         A.   Yes.

3         Q.   Do you explain to them that the Foxy

4     Lady doesn't pay them anything?

5         A.   As an independent contractor, they know

6     that.

7         Q.   Okay.  Have you ever had to say to a

8     dancer who you've offered a position to that

9     you're not getting paid by the club?

10        A.   No one has ever asked.

11        Q.   The woman who you auditioned on Monday,

12    did you have her sign a license agreement?

13        A.   At that point --

14        MR. CALIFANO:  Object to the form.  You

15    can answer.

16        A.   At that point, I basically introduced

17    them to the house mom, and at that point, the

18    house mom takes over, and they get their

19    information.

20        Q.   Okay.  And do you have -- all the women

21    who audition, who pass an audition, do you have

22    all of them sign a license agreement?

23        MR. CALIFANO:  Object to the form.  You

24    can answer.

25        A.   Yes.

1    Q.    As far as you're aware, has there ever

2    been an entertainer who has been offered a chance

3    to work at the Foxy Lady after auditioning who has

4    worked there and not signed a license agreement?

5    A.    Not to my knowledge.

6    Q.    When a dancer has passed the audition,

7    do you explain anything -- and has accepted to

8    work there, do you explain anything to her about

9    any amounts that she'll be expected to tip out to

10   any positions?

11   A.    No.

12   Q.    Do you explain anything about any rental

13   fees or other fees that she'll pay to work at the

14   Foxy Lady?

15   A.    Well, there's a $60 a week house fee

16   that they pay.  And that enables them to come into

17   the club and use our establishment for the purpose

18   for them to make money.

19   Q.    Do you explain that to a woman who has

20   passed an audition and accepted the work?

21   A.    We just tell them that there is a

22   $60-a-week house fee.

23   Q.    Do you explain to them what that fee is

24   for?

25   MR. CALIFANO:  Objection.  Asked and

98

1          don't know what you want to call them -- dummy

2          pictures or pictures of girls who are actual

3          models.   They may use that.

4                Q.    Okay.   When the club has used a

5          photograph of an entertainer in advertising, have

6          you ever been involved in that process?

7                A.    No, not at all.

8                Q.    Do you know who has been involved in

9          that process?

10               A.    No, I don't.

11               Q.    Do you know if the entertainers are paid

12         anything for when their picture is used in

13         advertisements?

14               A.    Not that I know of.

15               Q.    Does that mean you don't know, or you

16         don't believe that they're paid?

17               A.    I don't know.

18               Q.    Okay.   The last paragraph, in

19         paragraph 7, it reads "performer agrees that the

20         fee in section 3 does not include fees for the

21         following services:   Hair and makeup artists and

22         dressing room management."   Do you see the

23         dressing room management?

24               A.    Uh-huh.

25               Q.    Do you know what that refers to?

99

1           MR. CALIFANO:   Objection.   You can

2    answer.

3           A.   No.

4           Q.   Are you aware of any fees that the

5    entertainers pay for use of the dressing room or

6    for maintaining the dressing room?

7           A.   No.

8           Q.   In the back of the contract, there's an

9    attachment.   It says "Exhibit A."   It's on page

10   Bates numbered 19.   Are you on that page?

11          A.   Yes.

12          Q.   Have you ever seen this particular page

13   before?

14          A.   I've seen it, yes.

15          Q.   Have you read it previously prior to

16   today?

17          A.   Not all of it, no.

18          Q.   Did you have any -- did you play any

19   role in drafting or contributing any information

20   to this page?

21          A.   No.   No, I did not.

22          Q.   Do you know who it was who prepared

23   Exhibit A to this agreement?

24          A.   No, I don't.

25          Q.   So this page that has at the top

1      underlined "Exhibit A", and then it says "club

2      rules for entertainers."  Is that correct?

3           A.    That's what it reads, yes.

4           Q.    Once you've had a chance to look through

5      the bullet-pointed list of items here, could you

6      let me know if this is an accurate listing of the

7      club rules for entertainers at the Foxy Lady?

8                 MR. CALIFANO:  Objection.  You can

9      answer.

10          A.    I believe this was initiated back when

11     the previous mayor started saying about

12     prostitution within establishment.  And I believe

13     this was enacted so it would allow the girls to

14     realize that we do not appreciate anyone doing

15     sexual activity in the club or leaving the

16     premises with a customer.  We didn't want to leave

17     ourselves open for any harassment or prostitution.

18          Q.    Okay.  So do you know -- the sequence of

19     events you just described, do you recall when that

20     happened?

21          A.    I don't recall when it happened.  I

22     believe it happened, like I said, when the

23     ex-mayor proposed something for the city with

24     regards to prostitution.

25                MR. CALIFANO:  That's okay.  He just

1    asked when.  Do you recall when?

2              THE WITNESS:  No, I don't recall when.

3         Q.   But my original question was not when or

4    why this document was prepared, but whether the

5    items listed here are actual rules that are in

6    place at the Foxy Lady as far as you know.

7              MR. CALIFANO:  Objection.  You can

8    answer if you have an understanding.

9         A.   Yeah, I don't -- I think this is just

10   for protection of the club to be perfectly honest

11   with you.

12        Q.   Okay.  So is it a rule at the Foxy Lady

13   that the entertainers must be dressed before they

14   leave the stage or dance area?

15        A.   No.

16             MR. CALIFANO:  Objection.

17             THE WITNESS:  I'm sorry.

18             MR. CALIFANO:  That's okay.

19        Q.   Is that something that management or the

20   house mom at the Foxy Lady encourages the dancers

21   to do?

22             MR. CALIFANO:  Objection.  You can

23   answer.

24        A.   No.

25        Q.   Is it a guideline that the Foxy Lady has

```
 1     for its entertainers?

 2              MR. CALIFANO:  Objection.  You can

 3     answer.

 4         A.   I think we appreciate if they don't get

 5     off stage and walk around with no clothing on.  I

 6     mean if they're going to get off stage and then

 7     decide to stay on the main floor, please put

 8     clothing on.  We don't want any entertainer

 9     walking around with no clothes on, but to say --

10     usually the girls will leave the stage without

11     their clothes because they go back around the

12     curtain and go down the stairs to refresh

13     themselves.

14         Q.   Okay.  And to put clothes back on?

15         A.   Exactly.

16         Q.   Okay.

17         A.   Or to change their outfit.

18         Q.   What about the bullet point that reads,

19     "two feet are to remain on the floor in any dance

20     area," is that a guideline or a suggestion of the

21     club or management of --

22         A.   It's a --

23              MR. COMERFORD:  Objection.

24              MR. CALIFANO:  Objection.

25              THE WITNESS:  Oh, I'm sorry.
```

1          MR. CALIFANO:  It's okay.  Go ahead.

2      A.   It's a suggestion because of the

3  prostitution, you know.  That's what the city has

4  told us, that realistically, it's supposed to be a

5  foot or two on the floor when performing a private

6  distance for a customer.

7      Q.   Okay.  So this is -- that specifically

8  refers to a private dance --

9      A.   Right.

10      Q.   -- as opposed to a stage dance?

11      A.   Yes.

12          MR. CALIFANO:  Objection.  You can

13  answer.

14      A.   Right.

15      Q.   The first bullet point at the top

16  requires that the entertainer have proper picture

17  identification showing you're at least 21 years

18  old.  Do you see that?

19      A.   Yes.

20      Q.   But you have entertainers who are under

21  21 years old.  Is that correct?

22      A.   Yes.

23      Q.   And so they don't have to have

24  identification identifying themselves as older

25  than 21, do they?

1    A.    Everybody needs a form of

2    identification.

3    Q.    Right.  But it doesn't need to show that

4    they're at least 21 because you have some

5    entertainers who are under 21?

6    A.    Right.

7    Q.    The final bullet point notes that "if

8    there are any problems, see a floor host or a

9    house mom."  Do you see that?

10   A.    Yes.

11   Q.    Have there been occasions where

12   entertainers have had to seek out a floor host or

13   a house mom due to a problem?

14         MR. COMERFORD:  Objection to "a

15   problem".

16   A.    Yes.

17   Q.    And can you give me an example of some

18   of those instances?

19   A.    Okay.  With the floor host, I would

20   suggest that if a customer is being unruly or rude

21   to an entertainer, they have to see the floor

22   host, and the floor host will make note and get

23   the manager on duty to decide whether they're

24   going to allow that gentleman or woman to stay in

25   the club.

144

1    the DJ and say hey, I don't want to perform on the

2    stage tonight in order to not be called up on

3    stage?

4          A.   Well, I would think that -- they make

5    their presence known to him.  And if they don't

6    want to go on stage, then they tell him I don't

7    want to go on stage.  Other than that, they know

8    that he'll put them on the rotation.

9          Q.   Why would an entertainer -- well, first

10   to clarify, that $100 payment to the DJ, is that

11   something that you know has happened from

12   experience?

13         A.   Many times.

14         Q.   Okay.  So why would an entertainer need

15   to pay a DJ $100 to not do a stage performance or

16   to be excluded from the rotation?

17         A.   Because she's more or less saying I'm

18   going to be busy tonight, and I want to not be

19   able to have to do -- you know, go on stage.  Not

20   that he would put her on, but there's girls that

21   just don't want to be seen in the club.

22         Q.   Okay.  I guess I don't understand what

23   the $100 has to do with it.

24         A.   Well, it's part of the industry.  It's

25   like an unwritten, whatever you want to call it.

145

```
1    I don't know.
2         Q.   A custom?
3         A.   Yeah, a custom in every nightclub
4    throughout the country.
5         Q.   Okay.  Including --
6         A.   Because realistically, they could
7    probably make more money not being on the stage
8    than going on stage.
9         Q.   Right.  I understand that.
10        A.   And they want their time to be able to
11   do whatever they want to do.
12        Q.   Sure.  Could an entertainer or has an
13   entertainer at the Foxy Lady ever gone to a DJ and
14   not paid the DJ anything and said hey, take me off
15   the rotation tonight?
16        A.   Yes.
17        Q.   So there isn't a requirement to pay
18   the --
19        A.   No.
20        Q.   -- the DJ any --
21        A.   There's no requirement.
22        Q.   It's just sort of a common practice?
23        A.   That's what they feel.
24        Q.   "They" being the entertainers?
25        A.   The entertainers.
```

146

1     Q.   Is that practice communicated to them in

2     any way by the house moms and the managers at the

3     Foxy Lady?

4     A.   No.

5     Q.   So have you, yourself, ever told an

6     entertainer hey, if you don't want to be on the

7     stage rotation tonight, you should go pay the DJ

8     or something like that?

9     A.   No.   No.

10    Q.   Are you aware of a house mom ever saying

11    anything like that to an entertainer?

12    A.   I don't know what they said, but no, I

13    don't think so.

14    Q.   Do the entertainers tip out the

15    bartenders at the Foxy Lady?

16         MR. CALIFANO:   Objection.   You can

17    answer if you know.

18    A.   I don't know.

19    Q.   Do you know if the entertainers give

20    money to the bartenders for anything other than

21    paying for drinks?

22    A.   They may.

23    Q.   What are the circumstances in which that

24    happens?

25    A.   Well, I mean as a gratuity.

Vivian S. Dafoulas & Associates
(401) 885-0992